IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01792-MSK-KLM

SCOTT G. MARTINEZ,

    Plaintiff,

v.

STARTEK USA, INC.,

    Defendant.

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

    Plaintiff Scott G. Martinez and Defendant STARTEK USA, Inc. jointly move for entry of the attached Stipulated Protective Order pursuant to Rule 26 of the Federal Rules of Civil Procedure. In support of this motion, the parties state as follows:

    1.    Given the nature of the claims asserted in this litigation—including claims for wage discrimination and failure to promote, amongst others—the parties believe in good faith that confidential information may be disclosed during this case which, if disseminated or disclosed too broadly, could injure or damage the parties and non-parties.

    2.    The parties have agreed on the terms of the proposed Stipulated Protective Order submitted herewith and have tailored the proposed Stipulated Protective Order to protect the confidential information that may be disclosed in this case without unduly limiting access to the documents filed in this case.

    WHEREFORE, the parties respectfully request that the Court enter the attached Stipulated

Protective Order.

Dated: December 14, 2018.

    Respectfully submitted,

    *s/ Ashley E. Schubert*
    Jennifer M. Osgood, No. 35070
    Ashley E. Schubert, No. 51671
    CHIPMAN GLASSER, LLC
    2000 S. Colorado Blvd.
    Tower One, Suite 7500
    Denver, CO 80222
    (303) 578-5780
    josgood@chipmanglasser.com
    aschubert@chipmanglasser.com
    *Attorneys for Plaintiff*

    *s/ Steven R. Reid*
    Austin E. Smith
    Steven R. Reid
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
    2000 S. Colorado Blvd.
    Tower Three, Suite 900
    Denver, CO 80222
    Telephone: 303.764.6800
    Facsimile: 303.831/9246
    austin.smith@ogletree.com
    steven.reid@ogletree.com
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2018, I electronically filed the foregoing **Joint Motion to Enter Stipulated Protective Order** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Austin E. Smith
Steven R. Reid
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2000 South Colorado Blvd.
Tower Three, Suite 900
Denver, CO 80222
austin.smith@ogletree.com
steven.reid@ogletree.com

                                                */s/ Toma Gage*_____
                                                Toma Gage
                                                *Paralegal*